UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-4958 PVC                                      Date:  October 21, 2025

Title   Jennifer Stavitsky v. Murray Hamilton Investments LLC., et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FOLLOW COURT ORDERS**

On September 18, 2025, the parties were ordered to file form ADR 01 requesting their joint selection of an ADR procedure no later than October 2, 2025.  (Dkt. No. 17 at 2).  On October 8, 2025, the Court reminded the parties that their ADR 01 Request was overdue.  (Dkt. No. 19).  As of today, Plaintiff has neither filed the ADR 01 Request nor requested an extension of time in which to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and follow court orders, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing the ADR 01 Request or submitting a signed declaration explaining why she is unable to do so.  <u>Plaintiff is expressly advised that failure to timely file a response to this OSC will result in this action being dismissed with prejudice for failure to prosecute and follow court orders, pursuant to Federal Rule of Civil Procedure 41(b)</u>.

IT IS SO ORDERED.

                                                                                            00:00
                                                         Initials of Preparer     mr